RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DANIEL C. COE
Assistant Federal Public Defender
Nevada State Bar No. 9532
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dan_Coe@fd.org

Attorney for Shahriyar Motalebi

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHAHRIYAR MOTALEBI,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-034-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Daniel C. Coe, Assistant Federal Public Defender, counsel for Shahriyar Motalebi, that the Sentencing Hearing currently scheduled on August 6, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant will be out of the jurisdiction during the currently scheduled hearing date.

　　　　2.　　The defendant is not in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 24th day of July, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Daniel C. Coe*<br>By_____<br>DANIEL C. COE<br>Assistant Federal Public Defender | */s/ Cristina D. Silva*<br>By_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAHRIYAR MOTALEBI,<br><br>    Defendant. | Case No. 2:17-cr-034-JCM-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, August 6, 2018 at 10:00 a.m., be vacated and continued to **Monday, September 10, 2018 at 10:30 a.m.**

    DATED July 26, 2018.

                                                                 /s/ James C. Mahan
                                                   UNITED STATES DISTRICT JUDGE