FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 8 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-034-JCM-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| SHAHRIYAR MOTALEBI, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and 18 U.S.C. § 2253(a)(1) and (a)(3) based upon the plea of guilty by Shahriyar Motalebi to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Shahriyar Motalebi pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 13; Change of Plea, ECF No. 45; Plea Agreement, ECF No. 46; Preliminary Order of Forfeiture, ECF No. 48.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 9, 2018, through June 7, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 50.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 49.

On May 11, 2018, the United States Marshals Service personally served Maria Alzova with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 49.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. T-Mobile LG Cell Phone with Cord, bearing IMEI 013306003847585;
2. Lenovo 80G0 Laptop with Cord, bearing S/N PF05HY9S;
3. Acer ZL5 Laptop with Cord, bearing S/N LXA5505A746150777C2500; and
4. Lexar 2GB SD Card

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

| | |
|---|---|
| 1 |       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record. |
| 2 | |
| 3 |       DATED ___Feb 8, 2019___, 2019. |

                                               /s/ James C. Mahan
                                    UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on **DATE**, 2019:

／s／ *Heidi L. Skillin*
HEIDI L. SKILLIN
FSA Contractor Paralegal

4